| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: Toyota Motor Credit Corporation | Order Filed on November 26, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey<br><br>Case No: 17-24092-JNP<br><br>Chapter: <u>13</u><br><br>Judge: Jerrold N. Poslusny, Jr. |
| In Re:<br><br>John Jaskolka & Desiree Trzaska,<br><br>    Debtors. | |

## ORDER REINSTATING AUTOMATIC STAY

      The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: November 26, 2018**

                                        Honorable Jerrold N. Poslusny, Jr.
                                        United States Bankruptcy Court

Page 2
Debtors:    John Jaskolka & Desiree Trzaska
Case No.:   17-24092-JNP
Caption:    **ORDER REINSTATING AUTOMATIC STAY**

This matter, having been brought before the Court by Rex Roldan, Esq., counsel for the Debtors John Jaskolka & Desiree Trzaska, upon a motion to reinstate the automatic stay regarding the 2010 Toyota Corolla, VIN 2T1BU4EE7AC345803, Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation appearing,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 2010 Toyota Corolla, VIN 2T1BU4EE7AC345803 is hereby reinstated; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the Order Vacating Stay entered September 11, 2018 (#27 on the docket) is hereby vacated; and

It is further **ORDERED, ADJUDGED** and **DECREED** that subject vehicle shall be returned to Debtors; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the Debtors are to immediately execute and return the cancellation of warranties; and

It is further **ORDERED, ADJUDGED and DECREED** that if said cancellation is not received within 30 days of the date of this order, Secured Creditor may obtain an Order Vacating Automatic Stay as to the subject vehicle by submitting a Certification of Default to the Court indicating same, and Debtors shall have fourteen days to respond and that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees for the motion for relief totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor reserves the right to seek to amend this order to include fees, costs & expenses association with the repossession of this vehicle, to be paid through Debtors' plan; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtors' Motion to Reinstate the Stay is hereby resolved.