| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: Toyota Motor Credit Corporation

Order Filed on December 13, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

John Jaskolka & Desiree Trzaska,

    Debtors.

Case No: 17-24092-JNP

Chapter: <u>13</u>

Judge: Jerrold N. Poslusny, Jr.

## AMENDED ORDER REINSTATING AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: December 13, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtors: John Jaskolka & Desiree Trzaska
Case No.: 17-24092-JNP
Caption: **AMENDED ORDER REINSTATING AUTOMATIC STAY**

This matter, having been brought before the Court by Rex Roldan, Esq., counsel for the Debtors John Jaskolka & Desiree Trzaska, upon a motion to reinstate the automatic stay regarding the 2010 Toyota Corolla, VIN 2T1BU4EE7AC345803, Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation appearing,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 2010 Toyota Corolla, VIN 2T1BU4EE7AC345803 is hereby reinstated; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the Order Vacating Stay entered September 11, 2018 (#27 on the docket) is hereby vacated; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs totaling $560.00 (Repo Fee @ $480.00; Storage Fee @ $80.00) to be paid through the Chapter 13 plan; and

It is further **ORDERED, ADJUDGED** and **DECREED** that subject vehicle shall be returned to Debtors; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the Debtors are to immediately execute and return the cancellation of warranties; and

It is further **ORDERED, ADJUDGED and DECREED** that if said cancellation is not received within 30 days of the date of this order, Secured Creditor may obtain an Order Vacating Automatic Stay as to the subject vehicle by submitting a Certification of Default to the Court indicating same, and Debtors shall have fourteen days to respond and that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees for the motion for relief totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

Page 3
Debtors:     John Jaskolka & Desiree Trzaska
Case No.:    17-24092-JNP
Caption:     **AMENDED ORDER REINSTATING AUTOMATIC STAY**

  It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor reserves the right to amend this order to include fees, costs & expenses association with the repossession of this vehicle, to be paid through Debtors' plan; and

  It is further **ORDERED, ADJUDGED** and **DECREED** that Debtors' Motion to Reinstate the Stay is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
John R. Jaskolka  
Desiree M. Trzaska  
      Debtors

Case No. 17-24092-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 13, 2018  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.  
db/jdb      +John R. Jaskolka,   Desiree M. Trzaska,   515 Mullica Hill Road, #G108,   Glassboro, NJ 08028-1122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2018 at the address(es) listed below:  
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Rex J. Roldan   on behalf of Joint Debtor Desiree M. Trzaska roldanlaw@comcast.net, r43760@notify.bestcase.com  
          Rex J. Roldan   on behalf of Debtor John R. Jaskolka roldanlaw@comcast.net, r43760@notify.bestcase.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                               TOTAL: 6