**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John R. Jaskolka | Social Security number or ITIN  xxx–xx–0278 |
| | First Name  Middle Name  Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Desiree M. Trzaska | Social Security number or ITIN  xxx–xx–3927 |
| | First Name  Middle Name  Last Name | EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number: 17–24092–JNP | | |

## Order of Discharge                                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John R. Jaskolka              Desiree M. Trzaska
                               aka Desiree M. Jaskolka

4/11/23                        **By the court:** Jerrold N. Poslusny Jr.
                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-24092-JNP |
| John R. Jaskolka | Chapter 13 |
| Desiree M. Trzaska | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 11, 2023 | Form ID: 3180W | Total Noticed: 45 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John R. Jaskolka, Desiree M. Trzaska, 515 Mullica Hill Road, #G108, Glassboro, NJ 08028-1122 |
| 516933833 | + | Crossing at Glassboro, 515 Mullica Hill Road, K100, Glassboro, NJ 08028-1043 |
| 516958418 | + | Crossing at Glassboro, LLC, 515 Mullica Hill Road, K-100, Glassboro, NJ 08028-1043 |
| 516933835 | + | Faloni & Associates, LLC, 165 Passaic Ave Ste 301B, Fairfield, NJ 07004-3592 |
| 516933846 | + | Rescom Energy, LLC, 20 East Avenue, Bridgeport, CT 06610-3200 |
| 516933847 | + | Rickart Collection Systems, Inc., 575 Milltown Rd, PO Box 7242, North Brunswick, NJ 08902-7242 |
| 517102455 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 11 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 11 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516933827 | | Email/Text: bankruptcy@pepcoholdings.com | Apr 11 2023 20:38:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516933828 | | EDI: CAPITALONE.COM | Apr 12 2023 00:29:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516948286 | + | EDI: AISACG.COM | Apr 12 2023 00:29:00 | Capital One Auto Finance, c/o AIS Portfolio Services LP, 4515 N. Santa fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 516933829 | + | EDI: CAPONEAUTO.COM | Apr 12 2023 00:29:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 516955478 | + | EDI: AISACG.COM | Apr 12 2023 00:29:00 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 517159234 | | Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 20:56:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516933830 | + | Email/Text: bankruptcy@cavps.com | Apr 11 2023 20:38:00 | Cavalry Portfolio Service, 500 Summit Lake Dr, Valhalla, NY 10595-2321 |
| 517126430 | + | Email/Text: bankruptcy@cavps.com | Apr 11 2023 20:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516933831 | | EDI: CITICORP.COM | Apr 12 2023 00:29:00 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 516933832 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 11 2023 20:43:22 | CreditOne Bank, PO Box 98873, Las Vegas, NV |

Case 17-24092-JNP    Doc 50    Filed 04/13/23    Entered 04/14/23 00:13:25    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: 3180W | Total Noticed: 45 |

| | | | |
|---|---|---|---|
| 516933834 | ^ MEBN | | 89193-8873 |
| | | Apr 11 2023 20:29:19 | Eastern Account System I, 75 Glen Rd Ste 110, Sandy Hook, CT 06482-1175 |
| 516933836 | EDI: AMINFOFP.COM | Apr 12 2023 00:29:00 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 516933837 | EDI: IRS.COM | Apr 12 2023 00:29:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516933838 | EDI: WFNNB.COM | Apr 12 2023 00:29:00 | Kay Jewelers, PO Box 3680, Akron, OH 44309-3680 |
| 516933839 | Email/Text: PBNCNotifications@peritusservices.com | Apr 11 2023 20:37:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 516933840 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 20:43:06 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 517086020 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 20:43:07 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517131643 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2023 20:38:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516933841 | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2023 20:38:00 | Midland Funding, LLC, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 516980351 | + Email/Text: bankruptcy@ncaks.com | Apr 11 2023 20:37:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, Ks 67504-3023 |
| 516933842 | + Email/Text: bncmail@w-legal.com | Apr 11 2023 20:38:00 | National Credit Adjusters, LLC, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle WA 98121-3132 |
| 516933843 | ^ MEBN | Apr 11 2023 20:29:20 | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Complex, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 516933845 | EDI: PRA.COM | Apr 12 2023 00:29:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517090632 | EDI: PRA.COM | Apr 12 2023 00:29:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 517090667 | EDI: PRA.COM | Apr 12 2023 00:29:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 517090619 | EDI: PRA.COM | Apr 12 2023 00:29:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517090665 | EDI: PRA.COM | Apr 12 2023 00:29:00 | Portfolio Recovery Associates, LLC, c/o JC Penney, POB 41067, Norfolk VA 23541 |
| 517123909 | EDI: PRA.COM | Apr 12 2023 00:29:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 517091790 | + EDI: JEFFERSONCAP.COM | Apr 12 2023 00:29:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516933844 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 11 2023 20:37:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bkrptcy Unit, 50 Barrack Street, 9th Floor, PO Box 245, Trenton, NJ 08695 |
| 516933848 | EDI: RMSC.COM | Apr 12 2023 00:29:00 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 516933849 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 11 2023 20:38:00 | Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 516996788 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 11 2023 20:37:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

| | | | | |
|---|---|---|---|---|
| 518331041 | Email/Text: edbknotices@ecmc.org | Apr 11 2023 20:37:00 | U.S. DEPARTMENT OF EDUCATION, NATIONAL PAYMENT CENTER, PO BOX 790336, ST. LOUIS, MO 63179-0336 |
| 516933850 | Email/Text: EDBKNotices@ecmc.org | Apr 11 2023 20:37:00 | US Department of Education, Direct Loan Servicing Center, PO Box 5609, Greenville, TX 75403-5609 |
| 517258247 | Email/Text: EDBKNotices@ecmc.org | Apr 11 2023 20:37:00 | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517131655 | *+ | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rex J. Roldan | on behalf of Joint Debtor Desiree M. Trzaska roldanlaw@comcast.net roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Debtor John R. Jaskolka roldanlaw@comcast.net roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6