Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17–24092–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John R. Jaskolka<br>515 Mullica Hill Road, #G108<br>Glassboro, NJ 08028 | Desiree M. Trzaska<br>aka Desiree M. Jaskolka<br>515 Mullica Hill Road, #G108<br>Glassboro, NJ 08028 |

Social Security No.:
xxx–xx–0278                                                    xxx–xx–3927

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>May 17, 2023</u>        <u>Jerrold N. Poslusny Jr.</u>
                                                Judge, United States Bankruptcy Court